# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 5:18-CR-00034-001 (MTT) |
| Milton Searcy | ) |
| | ) USM No: 00740-120 |
| Date of Original Judgment: 10/02/2019 | ) |
| Date of Previous Amended Judgment: N/A | ) Christina L. Hunt |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of ☐ the Defendant ☐ the Director of the Bureau of Prisons ☒ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  100  months **is reduced to**  87  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant was originally sentenced on October 2, 2019, to 100 months imprisonment after pleading guilty a two-count Indictment charging Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). When sentenced, the defendant's criminal history subtotal was six (6). As he was under a criminal justice sentence at the time the instant offense was committed, two (2) points were added, yielding a total criminal history score of eight (8) and Criminal History Category of IV.

However, retroactive Amendment 821, Part A, of the *United States Sentencing Guidelines* reduces criminal history status points to one (1) point for defendants with seven (7) or more criminal history points; defendants with fewer than seven (7) criminal history points do not receive any additional points. Therefore, under the retroactive amendment, the defendant would not receive any points for being under a criminal justice sentence, his total criminal history score would be six (6), his Criminal History Category would be III, and his guideline sentencing range would be 87 to 108 months. The government concurs that the defendant is eligible for relief and recommends a sentence at the bottom of the amended range.

The Court hereby **GRANTS** the motion and reduces the imprisonment portion of the defendant's sentence to 87 months on Counts One and Two, to run concurrently to each other, for a total term of imprisonment of 87 months. The sentence shall run consecutively to any term of imprisonment imposed in Bibb County Superior Court Case No. 09CR64823 for violation of probation.

Except as otherwise provided, all provisions of the judgment dated  October 2, 2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  6/25/2024                                            S/ Marc T. Treadwell
                                                                                *Judge's signature*

Effective Date: _____                           Marc T. Treadwell, U.S. District Judge
*(if different from order date)*                                   *Printed name and title*